UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DAVID L. WHITE, <br><br> Petitioner, <br><br> v. <br><br> D.K SISTO, Warden, <br><br> Respondent. | NO. CV-08-2401-EFS <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE AND CLOSING FILE** |

On January 21, 2009, the Court directed *pro se* Plaintiff David L. White to file a second amended habeas petition within sixty (60) days. (Ct. Rec. 14.) The Court explicitly cautioned Plaintiff that failure to do so may result in dismissal. To date, Plaintiff has not filed an amended petition. Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's Amended Petition for Writ of Habeas Corpus **(Ct. Rec. 11)** is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to:

1. enter this Order;
2. enter **judgment** of dismissal without prejudice;

ORDER * 1

3. forward a copy of this Order to the **California Department of Corrections, Office of Legal Affairs, P.O. Box 942883, Sacramento, CA 94283-0001,** to forward to the appropriate agency having custody of Plaintiff; and

4. close the file.

**DATED** this ___1st___ day of May 2009.

S/ Edward F. Shea<br>
EDWARD F. SHEA<br>
United States District Judge

C:\WINDOWS\Temp\notes101AA1\ed.ca.08.2401.dismiss.wpd

ORDER * 2